UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| DE'RECO D. HAYS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:23-cv-00149-MPB-CSW |
| WITTMAN OFC, *et al.*, | ) ) ) |
| Defendants. | ) |

## FINAL JUDGMENT

The Court has ordered that this action be **dismissed without prejudice**. The Court now enters **FINAL JUDGMENT**.

Dated: November 20, 2023

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

DE'RECO D. HAYS
169878
BRANCHVILLE - CF
BRANCHVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

Served electronically on all ECF-registered counsel of record.